# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RONALD SATISH EMRIT,

    Plaintiff,

    v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. C19-25RSL

ORDER TO SHOW CAUSE

On January 9, 2019, the Clerk of Court issued a deficiency notice in the above-captioned matter. The Notice was mailed to plaintiff, but was returned unopened on January 25, 2019, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for April 12, 2019. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 5th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1