# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RONALD SATISH EMRIT,

    Plaintiff,

    v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. C19-25RSL

ORDER OF DISMISSAL

On January 9, 2019, the Clerk of Court issued a deficiency notice in the above-captioned matter. The notice was mailed to plaintiff but was returned unopened on January 25, 2019, as plaintiff apparently no longer resides at the address on file with the Court.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

ORDER OF DISMISSAL - 1

DATED this 16th day of April, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2